UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00016-LK |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| JOSE MANUEL FRIAS LOPEZ et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. No. 161. Defendant Helberth Rodriguez Mendoza and the United States move to continue trial from April 13, 2026, until July 27, 2026, with a pretrial motions deadline of May 18, 2026. *Id.* at 1. The continuance would bring Mr. Rodriguez Mendoza's pretrial motion deadline and trial date into alignment with those of codefendants Jose Manuel Frias Lopez, Luis Alfonso Clavijo, and Robinsson Mahecha Sanchez. *See* Dkt. No. 131 (granting continuance of Mr. Frias Lopez's and Mr. Alfonso Clavijo's trial date)[1]; Dkt. No. 149 (granting continuance of Mahecha Sanchez's

---

[1] This Court accepted Diego Armando Garcia Cardenas's plea of guilty on January 6, 2026. *See* Dkt. No. 147.

ORDER CONTINUING TRIAL - 1

trial date). Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Mahecha Sanchez, and Mr. Rodriguez Mendoza have all filed waivers of their speedy trial rights through at least August 27, 2026. Dkt. No. 126 at 1; Dkt. No. 129 at 1; Dkt. No. 148 at 1; Dkt. No. 160.

On January 24, 2024, a federal grand jury indicted Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Mahecha Sanchez, Mr. Rodriguez Mendoza, and five other codefendants on multiple counts associated with the alleged importation and distribution of cocaine. Dkt. No. 1. A Superseding Indictment adding a tenth defendant was issued on May 15, 2024. Dkt. No. 23. The Superseding Indictment charged Mr. Mahecha Sanchez with one count of Conspiracy to Import Cocaine, one count of Distribution of Cocaine for Purpose of Importation, and one count of Attempted Importation of Cocaine. *Id.*; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), 960(b)(1)(B), (2)(B), 963; 18 U.S.C. §§ 2, 1956(a)(2)(A), (3)(A)–(B), (h). Mr. Frias Lopez is charged with one count of Conspiracy to Import Cocaine, two counts of Distribution of Cocaine for Purpose of Importation, two counts of Attempted Importation of Cocaine, one count of Conspiracy to Commit Money Laundering, and one count of Money Laundering. Dkt. No. 23 at 1–3, 8–11; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), 960(b)(1)(B), (2)(B), 963; 18 U.S.C. §§ 2, 1956(a)(2)(A), (3)(A)– (B), (h). Mr. Alfonso Clavijo was charged with one count of Conspiracy to Import Cocaine. Dkt. No. 23 at 1–2; *see also* 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B), 963. Mr. Rodriguez Mendoza is charged with one count of Conspiracy to Import Cocaine, one count of Distribution of Cocaine for Purpose of Importation, and one count of Attempted Importation of Cocaine; Dkt. No. 23 at 1– 2, 6–7; *see also* 21 U.S.C. §§ 952, 959(a), 960(a)(1), (3), (b)(1)(B), (b)(2)(B), 963; 18 U.S.C. § 2.

Of the ten total defendants in this matter, only six—Mr. Villafane Osorio, Mr. Garcia Cardenas, Mr. Frias Lopez, Mr. Alfonso Clavijo, Mr. Mahecha Sanchez, and Mr. Rodriguez Mendoza—have yet appeared. Dkt. Nos. 50, 83, 112, 140, 153. Two of the appearing defendants (Mr. Villafane Osorio and Mr. Garcia Cardenas) have pleaded guilty. Dkt. Nos. 93, 100, 144, 147.

Mr. Frias Lopez and Mr. Alfonso Clavijo were arrested, arraigned, and ordered detained on August 29, 2025. Dkt. No. 112. Mr. Mahecha Sanchez was arrested on December 8, 2025 and was arraigned and ordered detained on December 16, 2025. Dkt. No. 140, 141. Mr. Rodriguez Mendoza, the subject of the instant motion who seeks to continue his trial date, was arrested, arraigned, and ordered detained on February 6, 2026. Dkt. No. 153. Of the remaining four defendants who have not yet appeared in this matter, two defendants remain pending extradition in Colombia and two defendants remain at large outside of the United States. Dkt. No. 161 at 3.

The case against Defendants involves an alleged international conspiracy to import cocaine from Colombia to the United States, and the counts against them carry very serious potential penalties. *See id.* at 4 (noting that Mr. Rodriguez Mendoza faces a mandatory minimum prison term if convicted). The parties note that "[d]iscovery is largely ready for production to Mr. Rodriguez Mendoza, but given its scope, defense will need substantial time to review and analyze the evidence prior to the filing of pretrial motions and preparing for trial." *Id.* at 5. This evidence includes "hundreds of law enforcement reports, a large amount of surveillance photographs, many hours of surveillance videos, wire intercepts (conducted under U.S. and Colombian law), and scores of photographs and physical evidence obtained during the execution of takedown searches that occurred not only in the United States, but also in Colombia." *Id.* And much of this discovery is in the Spanish language. *Id.* at 4.

Given the above, the parties agree that a continuance is necessary to allow defense counsel to review discovery, adequately explore potential pretrial motions, and prepare for trial. *Id.* at 5–6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Rodriguez Mendoza in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying counsel for Mr. Rodriguez Mendoza the reasonable time

ORDER CONTINUING TRIAL - 3

necessary for effective preparation for trial, taking into account the exercise of due diligence and the complexity of the case, including the number of defendants and the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(i)–(ii), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide Mr. Rodriguez Mendoza reasonable time to accomplish the above tasks. 18 U.S.C. § 3161(h)(6).

For these reasons, the Court GRANTS the parties' stipulated motion, Dkt. No. 161, and ORDERS that the trial date for Mr. Rodriguez Mendoza shall be continued from April 13, 2026 to July 27, 2026, and that the pretrial motions deadline shall be continued to May 18, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(6) and (h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which trial must commence for Mr. Rodriguez Mendoza under the Speedy Trial Act.

Dated this 4th day of March, 2026.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 4